■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ASTIN WILLIAMS, Appellant. [652 NYS2d 41] —Judgment, Supreme Court, New York County (Harold Rothwax, J.), rendered March 2, 1994, convicting defendant, after a jury trial, of criminal possession of a weapon in the second degree, criminal possession of a weapon in the third degree, two counts of intimidating a witness in the third degree, and assault in the third degree, and sentencing him to concurrent terms of 4 to 12 years on the second-degree weapon possession conviction, $2^1/_3$ to 7 years on the third-degree weapon possession conviction and 1 year on the assault conviction, all to run consecutively with consecutive terms of 1 to 3 years on each conviction of intimidating a witness, unanimously affirmed.

The court properly charged the jury on the permissive presumption of intent under Penal Law § 265.15 (4) even though defendant's intent to use the weapon unlawfully could also be inferred from evidence of defendant's conduct (see,

*People v Toribio*, 216 AD2d 189, *lv denied* 87 NY2d 908; *People v Evans*, 106 AD2d 527, 531).

Defendant's remaining contentions are unpreserved and without merit. Concur—Murphy, P. J., Sullivan, Rosenberger, Williams and Andrias, JJ.